

**ORDERED in the Southern District of Florida on November 29, 2011.**

*/s/ A. Jay Cristol*

A. Jay Cristol, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

```
In Re:                              )
                                    )
PAUL S. COX,                        )  Case No. 11-25466-BKC-LMI
                                    )  Chapter 7
              Debtor.               )
                                    )
_____)
                                    )
PAUL S. COX,                        )
                                    )
              Plaintiff,            )
                                    )
         v.                         )  Adv. No. 11-02500-AJC
                                    )
UNITED STATES OF AMERICA            )
UNITED STATES TREASURY DEPT-        )
INTERNAL REVENUE SERVICE,           )
                                    )
              Defendant.            )
                                    )
```

**AGREED FINAL JUDGMENT ON COMPLAINT TO**
**DETERMINE DISCHARGEABILITY OF TAXES**

Based upon the agreement of the parties, it is hereby:

Adv. No. 11-02500-AJC        - 2 -

ORDERED that plaintiff's assessed federal income tax liabilities for the years 2005 and 2006, including penalties and interest, are not excepted from discharge pursuant to 11 U.S.C. § 523, and are, therefore, dischargeable;

ORDERED that plaintiff's assessed federal income tax liability for the year 2007 is excepted from discharge pursuant to 11 U.S.C. § 523, and is, therefore, nondischargeable;

ORDERED that the Clerk of the Court close the instant adversary proceeding; and it is further

ORDERED that the parties shall bear their respective costs.

# # #

Prepared by:

William L. Blagg
Special Assistant
United States Attorney
51 S.W. 1st Ave., P.O. Box 9
Miami, FL 33130
(305) 982-5304

Distribution List:

William L. Blagg
Special Assistant
United States Attorney
51 S.W. 1st Ave., P.O. Box 9
Miami, FL 33130

Kevin Gleason, Esq.
4121 N. 31st Ave.
Hollywood, FL 33021-2011
Miami, FL 33021